# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09MJ3031 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERICO TORRES, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

The defendant has waived an identity hearing, the defendant has waived a detention hearing and the defendant has consented to an order requiring him to appear in the prosecuting district.  (Filing No. 4.)   This matter has been held in abeyance pending a determination by the charging district whether to consent to the transfer of jurisdiction.   I am now informed by the Assistant United States Attorney for the District of Nebraska that the prosecuting district is unwilling to transfer jurisdiction to this court.   Therefore,

IT IS ORDERED that an order committing the defendant to another district shall be issued by the undersigned, the Clerk shall transmit the appropriate papers to the charging district and the defendant shall be transported to the Western District of Texas by the United States Marshals Service to answer for further proceedings in that district.  The hearing scheduled for July 8, 2009 is cancelled.  A separate commitment order will be issued.

DATED this 30th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge